Brian K. Jackson (15296)
BRIAN K. JACKSON, LLC
341 S. Main St. Suite 500
Salt Lake City, Utah 84111
Phone: (801) 441-8922
Fax: (801) 534-1948
brianj@bjacksonlaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| In Re Interest of I.F. a minor child; Sherrie and Michael Fazzio,<br>    Plaintiffs,<br>v.<br>The Standard Examiner.,<br>Sandusky Newspaper Inc.,<br>Weber County,<br>Records Finder,<br>    Defendants. | **REQUEST TO SUBMIT FOR DECISION**<br><br>**(Hearing Requested)**<br>Civil No.: 1:17-cv-00132-RJS<br><br>Judge Robert J. Shelby<br><br>Magistrate Dustin B. Pead |

Comes now, Plaintiffs, by and through their attorney at law, Brian K. Jackson of Brian K. Jackson, LLC in the United States District Court for the District of Utah, Northern Division, before the Honorable Robert J. Shelby and hereby respectfully requests that this court now submit for decision Defendant, Weber County and Defendant The Standard Examiner and Sandusky Newspaper Inc.'s motions to dismiss for decision pursuant to *DUCivR 7-3* based on the following:

1. Defendant, Weber County filed a motion to dismiss for failure to state a claim on October 30th, 2017.

2. An opposition brief was filed by Plaintiff on November 28th. 2017.

3. Defendant filed a reply on December 12th, 2017.

4. Defendants the Standard Examiner and Sandusky Newspaper Inc., filed a motion to dismiss for failure to state a claim on October 25th, 2017.

5. Plaintiff has filed an opposition brief on December 22nd, 2017.

6. Defendant filed a reply on January 12th, 2018.

7. All pleading deadlines have now passed.

8. Plaintiffs would request a hearing on the matter.

**Wherefore, Plaintiffs respectfully prays that this court now submit for decision the following:**

1. Defendant Weber County's 12(b)(6) motion to dismiss.

2. Defendant The Standard Examiner and Sandusky Newspaper Inc.'s 12(b)(6) motion to dismiss.

Submitted this 16th day of January, 2018

/s/ Brian K. Jackson      #15296
Brian K. Jackson
Brian K. Jackson, LLC
Attorney for Plaintiff

## **Certificate of Service**

      I certify under penalties of perjury subject to the Utah State Code that I mailed a true and correct copy of the Motion to Submit to Decision to The Standard Examiner's and Sandusky Newspaper Inc's and Weber County's 12(b)(6) Motion to Dismiss Defendants via electronic filing with the CMF e-filing system which sent notice to all Defendants who have made an appearance on this matter on January 16th, 2018:

/s/ Brian Jackson_____
Brian K. Jackson
Brian K. Jackson, LLC
Attorney from Plaintiffs
