IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| IN RE INTEREST OF I.F., a minor child; SHERRIE FAZZIO and MICHAEL FAZZIO,<br><br>Plaintiffs,<br><br>v.<br><br>THE STANDARD EXAMINER; SANDUSKY NEWSPAPER, INC.; WEBER COUNTY; ACUCOM CORPORATION, a/k/a RECORDS FINDER,<br><br>Defendants. | **ORDER GRANTING PRO HAC VICE ADMISSION**<br><br>Case No. 1:17-CV-132<br><br>Judge Robert J. Shelby |

The Motion for Pro Hac Vice Admission of Ronald D. Green is GRANTED.[1]

**SO ORDERED** this 30th day of January, 2018.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

---

[1] Dkt. 36.