# EXHIBIT 2

Offender Search Inmate Details

Webster County, Utah Sheriff's Office

**Offender Search Inmate Details**

<-- Close -->

Name: H_____, _____ _____
Age: 18
Gender: M
Height: 5'11"
Weight: 160
Hair: BRO
Eyes: BRO
Date Released: 04-10-17



[TERMS OF USE](#)