# __EXHIBIT 4__

PoliceArrests.com Analytics

