Randy L. Dryer, USB #0924
Richard E. Mrazik, USB #10623
J. Adam Wright, USB #16202
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
RDryer@parsonsbehle.com
RMrazik@parsonsbehle.com
AWright@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants the Standard Examiner and Sandusky Newspaper Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| In Re Interest of I.F. a minor child; Sherrie and Michael Fazzio,<br><br>          Plaintiffs,<br><br>vs.<br><br>The Standard Examiner, Sandusky Newspaper Inc., Weber County, and Acucom Corporation, aka Records Finder,<br><br>          Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 1:17-cv-00132-RJS<br><br>The Honorable Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

   Plaintiffs and Defendants the Standard Examiner and Sandusky Newspaper Inc. (collectively the "Standard Examiner") hereby jointly request that the Court extend the deadline for the Standard Examiner's Response to Plaintiffs' Motion for Summary Judgment [ECF No. 49].

   The Standard Examiner's current deadline to file a Response to the Motion for Summary Judgment is May 21, 2018. In light of the Standard Examiner's pending Motion to Dismiss [ECF No. 24], Plaintiffs and the Standard Examiner have stipulated that the Standard Examiner's

deadline to respond to the Motion for Summary Judgment may be extended until ten business days following the Court's decision on the Standard Examiner's Motion to Dismiss.

A proposed order granting the requested extension is attached hereto.

DATED May 3, 2018.

/s/ J. Adam Wright
Randy L. Dryer
Richard E. Mrazik
J. Adam Wright
PARSONS BEHLE & LATIMER

*Attorneys for Defendants the Standard Examiner and Sandusky Newspaper Inc.*

/s/ Brian K. Jackson
Brian K. Jackson
BRIAN K. JACKSON, LLC
341 S. Main St. Suite 500
Salt Lake City, UT 84111
Telephone: 801.441.8922
Facsimile: 801.534.1948
brianj@bjacksonlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2018, I caused the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** to be filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

/s/ J. Adam Wright