IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL FAZZIO & SHERRIE FAZZIO IN RE INTEREST OF I.F., a minor child,<br><br>Plaintiffs,<br>v.<br><br>WEBER COUNTY et al.,<br><br>Defendants. | **ORDER VACATING IN PART MEMORANDUM DECISION AND ORDER IMPOSING SANCTIONS *SUA SPONTE* UNDER RULE 11**<br><br>1:17-cv-132<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

On July 29, 2019, the court issued a Memorandum Decision and Order:[1] 1) denying Defendant Acucom's Motions for Sanctions,[2] but 2) *sua sponte* imposing a fine of $6,650 upon Plaintiffs' counsel Brian Jackson and ordering Jackson to complete the Utah State Bar's Ethics School in September 2019.  Pursuant to an invitation from the court in that Memorandum Decision and Order,[3] Jackson on August 12, 2019 timely submitted additional information to the court *in camera.*

In view of that information, the court hereby VACATES only the portion of its Memorandum Decision and Order requiring the payment of the $6,650 fine.  The rest of the court's Memorandum Decision and Order, including the reasoning set forth therein and the

---

[1] Dkt. 111, Memorandum Decision and Order Imposing Sanctions Sua Sponte under Rule 11.

[2] Dkts. 104 and 105.

[3] Dkt. 111 at 15.

requirement that Jackson attend the Utah State Bar's Ethics School in September 2019, remain effective.[4]

SO ORDERED this 15th day of August, 2019.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[4] And Jackson must also notify the court within five (5) days of his completion of the Ethics School. Dkt. 111 at 15.